**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Gary Stilwell Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9524<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Amy Stilwell<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1382<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter:   13   5/21/19 |
| Case number: | 19–20291–MBK | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gary Stilwell Sr. | Amy Stilwell |
| 2. | **All other names used in the last 8 years** | | aka Amy Rosenfeld |
| 3. | **Address** | 27 Fennel Ct<br>Manchester Township, NJ 08759 | 27 Fennel Ct<br>Manchester Township, NJ 08759 |
| 4. | **Debtor's attorney**<br>Name and address | William H. Oliver, Jr.<br>William H. Oliver, JR<br>2240 State Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Contact phone 732–988–1500 |
| 5. | **Bankruptcy trustee**<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650–4853 | Contact phone (609) 587–6888<br>www.russotrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609–858–9333<br>Date: 5/22/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 20, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Chapter 13 Standing Trustee – Trenton, 1 AAA Drive, Suite 101, Robbinsville, NJ 08691** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/19/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/30/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 19-20291-MBK
Gary Stilwell, Sr.                                          Chapter 13
Amy Stilwell
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 3           Date Rcvd: May 22, 2019
                              Form ID: 309I              Total Noticed: 92
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
```
db/jdb         +Gary Stilwell, Sr.,    Amy Stilwell,    27 Fennel Ct,    Manchester Township, NJ 08759-5171
518258836      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518258843      +Citi/Sears,    Po Box 6217,    Sioux Falls, SD 57117-6217
518258842      +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518258845      +Citibank,    Po Box 6217,    Sioux Falls, SD 57117-6217
518258844      +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518258847      +Citibank/Best Buy,    Po Box 6497,    Sioux Falls, SD 57117-6497
518258846      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
518258848      +Citibank/Sunoco,    Citibank Corp/Centralized Bankruptcy,    Po Box 6407,
                 Sioux Falls, SD 57117-6407
518258850      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518258862       Comenitycapital/hgsdis,    Attn: Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
518258868      +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518258869      +Deptartment Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
518258872       Dsnb Bloomingdales,    Attn: Recovery ’Bk’,    Po Box 9111,    Mason, OH 45040
518258875      +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518258879      +Monmouth County Postal,    171 Broad St,    Red Bank, NJ 07701-2099
518258880      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518258889      +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
518258887      +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518258888      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
518258886      +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518258892      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
518258900      +Syncb/Lord & Taylor,    Po Box 30253,    Salt Lake City, UT 84130-0253
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: bkwoliver@aol.com May 23 2019 00:13:44      William H. Oliver, Jr.,
                 William H. Oliver, JR,    2240 State Highway 33,    Suite 112,    Neptune, NJ 07753
tr              E-mail/Text: bnc@russotrustee.com May 23 2019 00:15:51      Albert Russo,
                 Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ 08650-4853
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 00:15:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 00:14:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518258834      +EDI: AMEREXPR.COM May 23 2019 03:48:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
518258835      +EDI: AMEREXPR.COM May 23 2019 03:48:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
518258837       EDI: BANKAMER.COM May 23 2019 03:48:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
518258839      +EDI: CAPITALONE.COM May 23 2019 03:48:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
518258838      +EDI: CAPITALONE.COM May 23 2019 03:48:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518258840      +EDI: CHASE.COM May 23 2019 03:48:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
518258841      +EDI: CHASE.COM May 23 2019 03:48:00      Chase Card Services,    Po Box 15298,
                 Wilmington, DE 19850-5298
518258849      +EDI: CITICORP.COM May 23 2019 03:48:00      Citibank/Sunoco,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
518258851      +EDI: CITICORP.COM May 23 2019 03:48:00      Citibank/The Home Depot,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
518258853      +EDI: WFNNB.COM May 23 2019 03:48:00      Comenity Bank/Ann Taylor,    Po Box 182789,
                 Columbus, OH 43218-2789
518258852      +EDI: WFNNB.COM May 23 2019 03:48:00      Comenity Bank/Ann Taylor,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
518258855      +EDI: WFNNB.COM May 23 2019 03:48:00      Comenity Capital Bank/HSN,    Po Box 182120,
                 Columbus, OH 43218-2120
518258854      +EDI: WFNNB.COM May 23 2019 03:48:00      Comenity Capital Bank/HSN,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
518258857      +EDI: RMSC.COM May 23 2019 03:48:00      Comenity/MPRC,    Po Box 965007,    Orlando, FL 32896-5007
518258856      +EDI: RMSC.COM May 23 2019 03:48:00      Comenity/MPRC,    Attn: Bankruptcy Dept,    Po Box 965060,
                 Orlando, FL 32896-5060
518258860      +EDI: WFNNB.COM May 23 2019 03:48:00      ComenityCapital/Boscov,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
518258861      +EDI: WFNNB.COM May 23 2019 03:48:00      ComenityCapital/Boscov,    Po Box 182120,
                 Columbus, OH 43218-2120
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: May 22, 2019
                              Form ID: 309I            Total Noticed: 92


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518258858      +EDI: WFNNB.COM May 23 2019 03:48:00      Comenitybank/trwrdsv,    Attn: Bankruptcy Dept,
                Po Box 182125,    Columbus, OH 43218-2125
518258859      +EDI: WFNNB.COM May 23 2019 03:48:00      Comenitybank/trwrdsv,    Po Box 182789,
                Columbus, OH 43218-2789
518258863      +EDI: WFNNB.COM May 23 2019 03:48:00      Comenitycapital/hgsdis,    Po Box 182120,
                Columbus, OH 43218-2120
518258865      +EDI: WFNNB.COM May 23 2019 03:48:00      Comenitycapital/zlotlt,    Po Box 182120,
                Columbus, OH 43218-2120
518258864      +EDI: WFNNB.COM May 23 2019 03:48:00      Comenitycapital/zlotlt,    Attn: Bankruptcy Dept,
                Po Box 182125,    Columbus, OH 43218-2125
518258870       EDI: DISCOVER.COM May 23 2019 03:48:00      Discover Financial,    Attn: Bankruptcy Department,
                Po Box 15316,    Wilmington, DE 19850
518258871       EDI: DISCOVER.COM May 23 2019 03:48:00      Discover Financial,    Po Box 15316,
                Wilmington, DE 19850
518258867      +EDI: NAVIENTFKASMDOE.COM May 23 2019 03:48:00      Dept of Ed / Navient,    Po Box 9635,
                Wilkes Barre, PA 18773-9635
518258866      +EDI: NAVIENTFKASMDOE.COM May 23 2019 03:48:00      Dept of Ed / Navient,    Attn: Claims Dept,
                Po Box 9635,    Wilkes Barr, PA 18773-9635
518258873      +EDI: TSYS2.COM May 23 2019 03:48:00      Dsnb Bloomingdales,    9111 Duke Blvd,
                Mason, OH 45040-8999
518258874       EDI: IRS.COM May 23 2019 03:48:00      Internal Service Revenue,    PO Box 7346,
                Philadelphia, PA 19101-7346
518258876      +E-mail/Text: bncnotices@becket-lee.com May 23 2019 00:14:11       Kohls/Capital One,
                Po Box 3115,    Milwaukee, WI 53201-3115
518258878       E-mail/Text: camanagement@mtb.com May 23 2019 00:14:35      M&T Credit Services,
                1 Fountain Plz Fl 4,    Buffalo, NY 14203
518258877       E-mail/Text: camanagement@mtb.com May 23 2019 00:14:35      M&T Credit Services,
                Attn: Bankruptcy,    Po Box 1288,    Buffalo, NY 14240
518258881      +EDI: NAVIENTFKASMSERV.COM May 23 2019 03:48:00      Navient,    Po Box 9655,
                Wilkes Barre, PA 18773-9655
518258882      +E-mail/Text: bnc@nordstrom.com May 23 2019 00:14:17      Nordstrom FSB,    Attn: Bankruptcy,
                Po Box 6555,    Englewood, CO 80155-6555
518258883      +E-mail/Text: bnc@nordstrom.com May 23 2019 00:14:17      Nordstrom FSB,    13531 E Caley Ave,
                Englewood, CO 80111-6505
518258885      +E-mail/Text: Bankruptcy@pinnaclefcu.com May 23 2019 00:14:33       Pinnacle Fed Cr Un,
                135 Raritan Center,    Edison, NJ 08837-3645
518258884      +E-mail/Text: Bankruptcy@pinnaclefcu.com May 23 2019 00:14:33       Pinnacle Fed Cr Un,
                135 Raritan Center Pkwy,    Edison, NJ 08837-3645
518258890      +E-mail/Text: bankruptcyteam@quickenloans.com May 23 2019 00:15:21       Quicken Loans,
                Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518258891      +E-mail/Text: bankruptcyteam@quickenloans.com May 23 2019 00:15:21       Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
518258893      +EDI: RMSC.COM May 23 2019 03:48:00      Syncb Bank/American Eagle,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
518258894      +EDI: RMSC.COM May 23 2019 03:48:00      Syncb Bank/American Eagle,    Po Box 965005,
                Orlando, FL 32896-5005
518258898      +EDI: RMSC.COM May 23 2019 03:48:00      Syncb/Jewerly TV,    Po Box 965036,
                Orlando, FL 32896-5036
518258897      +EDI: RMSC.COM May 23 2019 03:48:00      Syncb/Jewerly TV,    Attn: Bankruptcy,    Po Box 965060,
                Orlando, FL 32896-5060
518258899      +EDI: RMSC.COM May 23 2019 03:48:00      Syncb/Lord & Taylor,    Attn: Bankruptcy,    Po Box 965060,
                Orlando, FL 32896-5060
518258895      +EDI: RMSC.COM May 23 2019 03:48:00      Syncb/car Care Mavis T,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
518258896      +EDI: RMSC.COM May 23 2019 03:48:00      Syncb/car Care Mavis T,    C/o Po Box 965036,
                Orlando, FL 32896-0001
518258901      +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,
                Orlando, FL 32896-5060
518258902      +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank,    Po Box 965005,
                Orlando, FL 32896-5005
518258903      +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/Banana Republic,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
518258904      +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/Banana Republic,    Po Box 965005,
                Orlando, FL 32896-5005
518258905      +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
518258906      +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/Care Credit,    P.o. Box 965005,
                Orlando, FL 32896-5005
518258907      +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
518258908      +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/Lowes,    Po Box 965005,
                Orlando, FL 32896-5005
518258909      +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/PC Richard,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
518258910      +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/PC Richard,    C/o Po Box 965036,
                Orlando, FL 32896-0001
518258911      +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/QVC,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-3          User: admin              Page 3 of 3                 Date Rcvd: May 22, 2019
                              Form ID: 309I            Total Noticed: 92
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518258912     +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/QVC,   Po Box 965005,
               Orlando, FL 32896-5005
518258913     +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/ShopNBC,   Attn:  Bankruptcy Dept,
               Po Box 965060,   Orlando, FL 32896-5060
518258914     +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/ShopNBC,   Po Box 965005,
               Orlando, FL 32896-5005
518258915     +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/TJX,   Attn:  Bankruptcy Dept,
               Po Box 965060,   Orlando, FL 32896-5060
518258916     +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/TJX,   Po Box 965015,
               Orlando, FL 32896-5015
518258917     +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/Walmart,   Attn:  Bankruptcy,
               Po Box 965060,   Orlando, FL 32896-5060
518258918     +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/Walmart,   Po Box 965024,
               Orlando, FL 32896-5024
518258919     +EDI: WTRRNBANK.COM May 23 2019 03:48:00      Tnb-Visa  (TV) / Target,
               C/O Financial & Retail Services,   Mailstop BV   PO Box 9475,   Minneapolis, MN 55440-9475
518258920     +EDI: WTRRNBANK.COM May 23 2019 03:48:00      Tnb-Visa  (TV) / Target,   Po Box 673,
               Minneapolis, MN 55440-0673
                                                                                              TOTAL: 69

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0