UNITED STATED BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption is in Compliance with D.N.J.L.BR. 9004-2(c)
Douglas J. Smillie (DS 1052)
Fitzpatrick Lentz & Bubba, P.C.
4001 Schoolhouse Lane, P. O. Box 219
Center Valley, PA 18034-0219
610-797-9000
Attorneys for Manufacturers & Traders Trust Company

*In Re:*

GARY STILWELL, SR. and
AMY STILWELL

Order Filed on October 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-20291-MBK

Hearing Date: October 23, 2019

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:    ☐ Followed    ☒ Modified

**CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, MANUFACTURER'S & TRADERS TRUST (M&T), TO THE CHAPTER 13 PLAN**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: October 31, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor: Gary Stilwell, Sr. and Amy Stilwell

Case No.: 19-20291-MBK

Caption of Order: CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, MANUFACTURER'S & TRADERS TRUST (M&T), TO THE CHAPTER 13 PLAN

---

This Consent Order is entered into by and between the Debtors, Gary Stilwell, Sr. and Amy Stilwell, by and through their counsel, William H. Oliver, Jr., and Manufacturers & Traders Trust Company ("M&T"), by and through its counsel, Fitzpatrick Lentz & Bubba, P.C. in order to resolve M&T's Objection to Confirmation filed with this Court on July 3, 2019.

It is hereby stipulated and agreed by and between Debtors and M&T as follows:

**ORDERED** the Debtor and Secured Creditor agree upon the value of the vehicle as $9,250.00; and

**ORDERED** that within fifteen (15) days of the entry of this order, the Secured Creditor will file an Amended Proof of Claim; and

**ORDERED** that the Debtor shall pay the total prepetition arrears owed to the Secured Creditor in the amount of $9,250.00 at 6.7% interest for a total amount of $10,236.00; and

**ORDERED** that the Trustee is authorized to pay the Secured Creditor in the amount of $9,250.00 at 6.7% totaling $10,236.00 for the life of the plan (three years).

**ORDERED** that secured creditor, Manufacturers & Traders Trust Company (M&T) is not required to release the lien until the debtors' receive a discharge of the unsecured portion.

Consent to the foregoing is hereby made:

_____
Douglas J. Smillie
Attorney for M&T Bank

_____
William H. Oliver, Jr.
Attorney for Debtors