| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gary Stilwell Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9524<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Amy Stilwell<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1382<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–20291–MBK | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary Stilwell Sr.

Amy Stilwell
aka Amy Rosenfeld

7/19/22

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Gary Stilwell, Sr.  
Amy Stilwell  
    Debtors

Case No. 19-20291-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 6  
Date Rcvd: Jul 19, 2022     Form ID: 3180W     Total Noticed: 115

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary Stilwell, Sr., Amy Stilwell, 27 Fennel Ct, Manchester Township, NJ 08759-5171 |
| cr | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T Bank, 475 Crosspoint, Getzville, NY 14068 |
| 518258862 | | Comenitycapital/hgsdis, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518258879 | + | Monmouth County Postal, 171 Broad St, Red Bank, NJ 07701-2099 |
| 518258892 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518258900 | + | Syncb/Lord & Taylor, Po Box 30253, Salt Lake City, UT 84130-0253 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 19 2022 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 19 2022 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: laura@redbanklaw.com | Jul 19 2022 20:48:00 | Monmouth County Postal Employees Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518334629 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518258834 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:43 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518258835 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:55 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518258837 | + | EDI: BANKAMER.COM | Jul 20 2022 00:53:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518258836 | + | EDI: BANKAMER.COM | Jul 20 2022 00:53:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518258838 | + | EDI: CAPITALONE.COM | Jul 20 2022 00:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518258839 | + | EDI: CAPITALONE.COM | Jul 20 2022 00:53:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518347061 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518258843 | + | EDI: CITICORP.COM | Jul 20 2022 00:53:00 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: 3180W | Total Noticed: 115 |

| | | | | |
|---|---|---|---|---|
| 518258842 | + EDI: CITICORP.COM | | Jul 20 2022 00:53:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518258845 | + EDI: CITICORP.COM | | Jul 20 2022 00:53:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518258844 | + EDI: CITICORP.COM | | Jul 20 2022 00:53:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518377836 | + EDI: CITICORP.COM | | Jul 20 2022 00:53:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518258846 | + EDI: CITICORP.COM | | Jul 20 2022 00:53:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518258847 | + EDI: CITICORP.COM | | Jul 20 2022 00:53:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518258849 | + EDI: CITICORP.COM | | Jul 20 2022 00:53:00 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518258848 | + EDI: CITICORP.COM | | Jul 20 2022 00:53:00 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 6407, Sioux Falls, SD 57117-6407 |
| 518258850 | + EDI: CITICORP.COM | | Jul 20 2022 00:53:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518258851 | + EDI: CITICORP.COM | | Jul 20 2022 00:53:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518258852 | + EDI: WFNNB.COM | | Jul 20 2022 00:53:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518258853 | + EDI: WFNNB.COM | | Jul 20 2022 00:53:00 | Comenity Bank/Ann Taylor, Po Box 182789, Columbus, OH 43218-2789 |
| 518258855 | + EDI: WFNNB.COM | | Jul 20 2022 00:53:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 518258854 | + EDI: WFNNB.COM | | Jul 20 2022 00:53:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518258856 | + EDI: RMSC.COM | | Jul 20 2022 00:53:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518258857 | + EDI: RMSC.COM | | Jul 20 2022 00:53:00 | Comenity/MPRC, Po Box 965007, Orlando, FL 32896-5007 |
| 518258861 | + EDI: WFNNB.COM | | Jul 20 2022 00:53:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518258860 | + EDI: WFNNB.COM | | Jul 20 2022 00:53:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518258859 | + EDI: WFNNB.COM | | Jul 20 2022 00:53:00 | Comenitybank/trwrdsv, Po Box 182789, Columbus, OH 43218-2789 |
| 518258858 | + EDI: WFNNB.COM | | Jul 20 2022 00:53:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518258863 | + EDI: WFNNB.COM | | Jul 20 2022 00:53:00 | Comenitycapital/hgsdis, Po Box 182120, Columbus, OH 43218-2120 |
| 518258865 | + EDI: WFNNB.COM | | Jul 20 2022 00:53:00 | Comenitycapital/zlotlt, Po Box 182120, Columbus, OH 43218-2120 |
| 518258864 | + EDI: WFNNB.COM | | Jul 20 2022 00:53:00 | Comenitycapital/zlotlt, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518258870 | EDI: DISCOVER.COM | | Jul 20 2022 00:53:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518258871 | EDI: DISCOVER.COM | | | |

Case 19-20291-MBK    Doc 42    Filed 07/21/22    Entered 07/22/22 00:11:51    Desc Imaged
                              Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
| --- | --- | --- |
| Date Rcvd: Jul 19, 2022 | Form ID: 3180W | Total Noticed: 115 |

| | | | |
| --- | --- | --- | --- |
| | | Jul 20 2022 00:53:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 518258868 | + EDI: CITICORP.COM | | |
| | | Jul 20 2022 00:53:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518258869 | + EDI: CITICORP.COM | | |
| | | Jul 20 2022 00:53:00 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518258873 | + EDI: CITICORP.COM | | |
| | | Jul 20 2022 00:53:00 | Dsnb Bloomingdales, 9111 Duke Blvd, Mason, OH 45040 |
| 518258872 | + EDI: CITICORP.COM | | |
| | | Jul 20 2022 00:53:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 518378850 | EDI: Q3G.COM | | |
| | | Jul 20 2022 00:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518258867 | + EDI: NAVIENTFKASMDOE.COM | | |
| | | Jul 20 2022 00:53:00 | Dept of Ed / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518258866 | + EDI: NAVIENTFKASMDOE.COM | | |
| | | Jul 20 2022 00:53:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 518268987 | EDI: DISCOVER.COM | | |
| | | Jul 20 2022 00:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518325911 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | Jul 19 2022 20:49:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518258874 | EDI: IRS.COM | | |
| | | Jul 20 2022 00:53:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518258840 | EDI: JPMORGANCHASE | | |
| | | Jul 20 2022 00:53:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518258841 | EDI: JPMORGANCHASE | | |
| | | Jul 20 2022 00:53:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 518307554 | + Email/Text: RASEBN@raslg.com | | |
| | | Jul 19 2022 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518258875 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jul 19 2022 20:48:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518258876 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jul 19 2022 20:48:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518368583 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 19 2022 20:59:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518258878 | Email/Text: camanagement@mtb.com | | |
| | | Jul 19 2022 20:48:00 | M&T Credit Services, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 518258877 | Email/Text: camanagement@mtb.com | | |
| | | Jul 19 2022 20:48:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 1288, Buffalo, NY 14240 |
| 518365752 | + Email/Text: camanagement@mtb.com | | |
| | | Jul 19 2022 20:48:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 518363269 | Email/Text: laura@redbanklaw.com | | |
| | | Jul 19 2022 20:48:00 | Monmouth County Postal Employees Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 518360675 | EDI: NAVIENTFKASMSERV.COM | | |
| | | Jul 20 2022 00:53:00 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518258880 | + EDI: NAVIENTFKASMSERV.COM | | |
| | | Jul 20 2022 00:53:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518258881 | + EDI: NAVIENTFKASMSERV.COM | | |
| | | Jul 20 2022 00:53:00 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |

Case 19-20291-MBK    Doc 42    Filed 07/21/22    Entered 07/22/22 00:11:51    Desc Imaged
                               Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: 3180W | Total Noticed: 115 |

| | | | |
|---|---|---|---|
| 518375883 | EDI: NAVIENTFKASMDOE.COM | Jul 20 2022 00:53:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518258883 | + Email/Text: bnc@nordstrom.com | Jul 19 2022 20:48:19 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 518258882 | + Email/Text: bnc@nordstrom.com | Jul 19 2022 20:48:24 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518258887 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 19 2022 20:48:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518258889 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 19 2022 20:48:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518363914 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 19 2022 20:48:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 518258888 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 19 2022 20:48:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518258886 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 19 2022 20:48:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518376074 | EDI: PRA.COM | Jul 20 2022 00:53:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518670666 | EDI: PRA.COM | Jul 20 2022 00:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518670667 | EDI: PRA.COM | Jul 20 2022 00:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518377960 | EDI: PRA.COM | Jul 20 2022 00:53:00 | Portfolio Recovery Associates, LLC, c/o Banana Republic Visa, POB 41067, Norfolk VA 23541 |
| 518258885 | + Email/Text: Bankruptcy@pinnaclefcu.com | Jul 19 2022 20:48:00 | Pinnacle Fed Cr Un, 135 Raritan Center, Edison, NJ 08837-3645 |
| 518258884 | + Email/Text: Bankruptcy@pinnaclefcu.com | Jul 19 2022 20:48:00 | Pinnacle Fed Cr Un, 135 Raritan Center Pkwy, Edison, NJ 08837-3645 |
| 518364415 | EDI: Q3G.COM | Jul 20 2022 00:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518364411 | EDI: Q3G.COM | Jul 20 2022 00:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518258890 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 19 2022 20:49:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518258891 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 19 2022 20:49:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518313314 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 19 2022 20:49:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518258893 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518258894 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Syncb Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 518258897 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Syncb/Jewerly TV, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518258898 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Syncb/Jewerly TV, Po Box 965036, Orlando, FL 32896-5036 |
| 518258899 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 19-20291-MBK    Doc 42    Filed 07/21/22    Entered 07/22/22 00:11:51    Desc Imaged
                              Certificate of Notice    Page 7 of 8

| District/off: 0312-3 | User: admin | Page 5 of 6 |
| --- | --- | --- |
| Date Rcvd: Jul 19, 2022 | Form ID: 3180W | Total Noticed: 115 |

| | | | |
| --- | --- | --- | --- |
| 518258895 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Syncb/car Care Mavis T, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518258896 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Syncb/car Care Mavis T, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518258902 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 518372789 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518258901 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518261172 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518258903 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518258904 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 518258905 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518258906 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 518258907 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518258908 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 518258909 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518258910 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518258912 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 518258911 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518258913 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518258914 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 518258916 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 518258915 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518258917 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518258918 | + EDI: RMSC.COM | Jul 20 2022 00:53:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518335718 | + Email/Text: bncmail@w-legal.com | Jul 19 2022 20:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518258920 | + EDI: WTRRNBANK.COM | Jul 20 2022 00:53:00 | Tnb-Visa (TV) / Target, Po Box 673, Minneapolis, MN 55440-0673 |

| 518258919 | + EDI: WTRRNBANK.COM | Jul 20 2022 00:53:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 109

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC Formerly Known (FKA) as Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. Smillie | on behalf of Creditor M&T Bank dsmillie@flblaw.com ccharlton@flblaw.com |
| Kevin Gordon McDonald | on behalf of Creditor QUICKEN LOANS INC. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor Monmouth County Postal Employees Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Gary Stilwell Sr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Joint Debtor Amy Stilwell courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 9